■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUCY REGINS, Appellant. [610 NYS2d 788] —Judgment, Supreme Court, Bronx County (Arlene Silverman, J.), rendered October 30, 1990, insofar as appealed from, convicting defendant, after a jury trial of criminal sale of a controlled substance in the third degree, and sentencing her, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Defendant's contention that the trial court's *Sandoval* ruling, which allowed inquiry into the sentence defendant received for a prior conviction of attempted robbery in the second degree, as well as the fact of the conviction itself, was an abuse of discretion is not preserved for review as a matter of law (CPL 470.05 [2]; *People v Medina,* 171 AD2d 559, *lv denied* 78 NY2d 924), and any event, is without merit *(People v Rodena,* 170 AD2d 418, 419, *lv denied* 77 NY2d 966). Concur —Carro, J. P., Kupferman, Asch, Nardelli and Williams, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ROBINSON, Appellant. [610 NYS2d 789] —Judgment, Supreme Court, New York County (Edwin Torres, J.), rendered February 28, 1991, convicting defendant, after a jury trial, of attempted burglary in the second degree, and sentencing him, as a persistent violent felony offender, to a term of 10 years to life, unanimously affirmed.

Defendant's request for new counsel was properly denied for failure to show good cause for a substitution *(see, People v Sawyer,* 57 NY2d 12, 18-19, *cert denied* 459 US 1178). Defendant's claim that he was denied a fair trial by the prosecutor's comments during summation vouching for the credibility of the People's witnesses is not preserved for appellate review as a matter of law *(see, People v Nuccie,* 57 NY2d 818, 819), and, in any event, not persuasive in view of defense summation comments attacking one prosecutor witness for having a motive to lie and accusing the police of having conspired to frame defendant *(see, People v Emphram,* 179 AD2d 402, 403, *lv denied* 79 NY2d 947). Concur—Carro, J. P., Kupferman, Asch, Nardelli and Williams, JJ.